IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

RANDY PORTER                                                                                    PLAINTIFF

V.                                              NO. 2:05CV00167

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                                       DEFENDANT

## JUDGMENT

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and that Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED.

DATED this 11th day of July, 2006.

_____
UNITED STATES MAGISTRATE JUDGE